USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :

TRUSTEES FOR THE MASON TENDERS DISTRICT  :
COUNCIL WELFARE FUND, PENSION FUND,      :
ANNUITY FUND, and TRAINING PROGRAM FUND,  :
and ANNA GUTSIN, in her fiduciary capacity as    :        21-cv-831 (LJL)
Director,                                                        :
                                                        :                 <u>ORDER</u>
                                  Plaintiff,                    :

             -v-                                                  :

ROBERT BONANZA, as Business Manager of the    :
MASON TENDERS DISTRICT COUNCIL OF            :
GREATER NEW YORK,                                   :

                                Defendants.               :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       On January 29, 2021, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. It is hereby ORDERED that Respondent's opposition, if any, is due by March 24, 2021. In the absence of any such opposition, the Court will consider the petition to be unopposed and will decide it on that basis. Petitioners' reply, if any, is due by March 31, 2021.

       SO ORDERED.

Dated: March 3, 2021
       New York, New York                        _____
                                                                       LEWIS J. LIMAN
                                                                       United States District Judge