UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES FOR THE MASON TENDERS DISTRICT :
COUNCIL WELFARE FUND, PENSION FUND, :
ANNUITY FUND and TRAINING PROGRAM FUND, :
and ROBERT BONANZA, as Business Manager of the : 21-cv-831 (LJL)
MASON TENDERS DISTRICT COUNCIL OF :
GREATER NEW YORK, : ORDER
:
                     Petitioners, :
:
      -v- :
:
FRASER CONSTRUCTION, LLC, :
:
                     Respondent. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendant's petition to confirm arbitration. Dkt. No. 1. Respondent is ordered to inform the Court by April 20, 2021 at 5:00 p.m. whether it intends to oppose the petition.

      SO ORDERED.

Dated: April 15, 2021
       New York, New York
                                                  LEWIS J. LIMAN
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021