UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TRUSTEES FOR THE MASON TENDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND and TRAINING PROGRAM FUND,
and ANN GUTSIN, in her fiduciary capacity as Director,
ROBERT BONANZA, as Business Manager of the
MASON TENDERS DISTRICT COUNCIL OF
GREATER NEW YORK,

                        Petitioners,                       21 **CIVIL**831(LJL)

      -against-                                 **JUDGMENT**

FRASER CONSTRUCTION, INC.,

                        Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 28, 2021, the Petition is GRANTED. The Award is confirmed, and judgment is entered in favor of Petitioners and against Respondents in the amount of $16,795.85, with statutory interest to accrue from the date of the entry of judgment, plus attorneys' fees and costs incurred in connection with the Petition as well as any costs incurred in enforcing the judgment entered by the Court; accordingly, the case is closed.

**Dated**: New York, New York
         May 28, 2021

                                                 **RUBY J. KRAJICK**

                                                  Clerk of Court

                                  BY: _____

                                                  **Deputy Clerk**